# Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**    Date: 2/17/2022    Time: 2:00 p.m.

Defendant: 1) WILMER OROBIO PAYAN    J#: 02725-506    Case #: 22-MJ-2245-TORRES

AUSA: Kevin Larsen    Attorney: Joaquin Padilla

Violation: Warr/SDAL/Complaint/ Manufacture, distribute or possess with intent to manufacture or distribute a controlled substance on board a vessel of the U.S.    Surr/Arrest Date: 2/16/2022    YOB: 1970

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at: **$250,000 corporate surety with nebbia**    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: Spanish

Disposition:
Defendant sworn – **AFPD APPOINTED**
The Court sets bond, with the right to revisit – NO HEARING HELD

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:
Report RE Counsel:
***Status Re: Bond:***    *2/24/22*    *10:00*    *Miami Duty*
***Removal:***    *2/24/22*    *10:00*    *Miami Duty*
Status Conference RE:
D.A.R. 15:40:19    Time in Court: 2

s/Edwin G. Torres    Chief Magistrate Judge